O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06995-AHM (VBKx): | Date | December 21, 2009 |
|---|---|---|---|
| Title | JACQUELINE LEE v. ING BANK FSB, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| No Appearances | S. Christopher Yoo | |

**Proceedings:**  MOTION to Dismiss complaint filed by Defendants, JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER Washington Mutual Bank FA, JPMorgan Chase Bank NA [5] (non-evidentiary)

Cause called; appearances made.  No appearance by plaintiff nor her attorney.

Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court GRANTS, with leave to amend, the motion to dismiss.  Order to issue.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | SMO |