O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6995 AHM (VBKx) | Date | January 13, 2010 |
|---|---|---|---|
| Title | JACQUELINE LEE  v. ING BANK FSB, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On July 22, 2009, Plaintiff Jacqueline Lee ("Lee" or "Plaintiff") filed a Complaint against Defendants ING Bank, FSB ("ING Bank"), Washington Mutual Bank, FA ("Washington Mutual"), JP Morgan Chase Bank, N.A. ("JP Morgan"), and the Federal Deposit Insurance Company (collectively, "Defendants").  The Complaint alleges eight causes of action arising out of a transaction with ING Bank for an Adjustable Rate Mortgage that closed on October 10, 2007, and a transaction with Washington Mutual for a home equity line of credit that closed on October 23, 2007.

On October 2, 2009, JP Morgan filed a Motion to Dismiss all claims against it for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  In light of Plaintiff's attorney having resigned from the state bar, on November 12, 2009 the Court ordered Defendants to notify Plaintiff at her last known address that her attorney had withdrawn from the state bar.  (*See* Docket No. 10.)  Defendant sent Plaintiff such notice on November 17, 2009. (*See* Docket No. 11.)  Additionally, the Court notified Plaintiff of the December 21, 2009 hearing on JP Morgan's Motion at her last known address and ordered her to appear.  (See Docket No. 14.)  Plaintiff failed to appear or oppose the Motion.

On December 21, 2009, the Court granted in part and denied in part JP Morgan's Motion. The Court also stated that "[i]f Plaintiff wishes to line up new counsel or continue her lawsuit on her own as a *pro se* litigant (if so, she should contact the Court's *Pro Se* Clinic), she must file any amended complaint in this action by January 11, 2010."

/ / /

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6995 AHM (VBKx) | Date | January 13, 2010 |
|---|---|---|---|
| Title | JACQUELINE LEE v. ING BANK FSB, *et al*. | | |

     Plaintiff has not filed any amended complaint.  Accordingly, she is ORDERED TO SHOW CAUSE by not later than January 25, 2010 why this case should not be dismissed for lack of prosecution.

                                                                                                                         :

Initials of Preparer     SMO

CC:   Jacqueline Lee